920

No. 04–692. CHANEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–716. POWERS ET AL. v. HARRIS ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–763. BAXTER INTERNATIONAL INC. ET AL. v. ASHER ET AL.; and
No. 04–926. BROWN ET AL. v. BAXTER INTERNATIONAL INC. ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–784. ALLEN ET AL. v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–788. FRYE ET AL. v. TARWATER ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–793. CAUGHT-ON-BLEU, INC. v. ANHEUSER-BUSCH, INC. C. A. 1st Cir. Certiorari denied.

No. 04–807. SEILS ET AL. v. ROCHESTER CITY SCHOOL DISTRICT ET AL.; BLISS v. ROCHESTER CITY SCHOOL DISTRICT; MURPHY v. ROCHESTER CITY SCHOOL DISTRICT; and COONS v. ROCHESTER CITY SCHOOL DISTRICT. C. A. 2d Cir. Certiorari denied.

No. 04–816. PHILIP MORRIS INC. v. HENLEY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–830. FEDERAL KEMPER LIFE ASSURANCE CO. v. BERRY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. Ct. App. N. M. Certiorari denied.

No. 04–833. OLD LINE LIFE INSURANCE COMPANY OF AMERICA v. ENFIELD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. Ct. App. N. M. Certiorari denied.